IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:

ANTONIA BROWN,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

Plaintiff, **ANTONIA BROWN** (hereinafter sometimes referred to as "ANTONIA BROWN"), hereby sues Defendant, **THE UNITED STATES OF AMERICA**, (hereinafter sometimes referred to as "the **UNITED STATES**"), and says:

1. This is an action for damages that exceeds the sum of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

2. That the claim against the **UNITED STATES** is brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671 – §2680, §1346(b), §2401(b) and 1402(b).

3. That this Court has jurisdiction pursuant to 28 U.S.C. §1356(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the United States of America.

4. Venue is proper in the United States District Court of the Middle District of

Florida pursuant to 28 U.S.C. §1402(b) in that the event giving rise to the claim occurred within this judicial district, and Plaintiff, **ANTONIA BROWN**, is a resident of Jacksonville, Duval County, Florida. Further, the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. All conditions precedent and prerequisites to filing suit have been met pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 – §2680, §1346(b) and §1402(b). Plaintiff has provided proper notice to the Defendant **UNITED STATES** and the waiting period pursuant to the notice has expired thus making her claims ripe and at issue. Please see federal form SF-95 attached hereto as Exhibit "A."

6. The United States Postal Service (U.S.P.S) is a **UNITED STATES** federal agency, and as such, the **UNITED STATES** is the proper defendant for negligent acts committed by employees of the United States Postal Service while in the course and scope of their employment with the United States Postal Service.

7. On or about February 28, 2020, **ERNESTO ROJAS**, was in the course and scope of his employment with the United States Postal Service (U.S.P.S.) and was operating a 2001 Ford Utilimaster commercial motor vehicle (VIN# 1FCMU69K81A01217) northbound on St. Johns Bluff Road near the intersection of Alden Road in Jacksonville, Duval County, Florida.

8. The United States Postal Service (U.S.P.S.) is a **UNITED STATES** federal agency, and as such, the **UNITED STATES** is the proper defendant for negligent acts committed by an individual while driving a motor vehicle owned by the United States Postal Service and, thus, the **UNITED STATES**.

9. At the aforementioned time and place, **ERNESTO ROJAS** negligently failed to keep a proper lookout for traffic ahead and failed to slow or stop for traffic ahead of his vehicle.

10. At the aforementioned time and place, the Plaintiff **ANTONIA BROWN** was the driver of a 2003 Nissan Xterra traveling northbound on St. Johns Bluff Road near the intersection of Alden Road in Jacksonville, Duval County, Florida when her vehicle was struck from behind by the Defendant's commercial truck in a rear-end collision, and as a result thereof, Plaintiff sustained serious injuries.

11. By information and belief, at the aforementioned time and place, including at the time of the above-described motor vehicle accident, **ERNESTO ROJAS**, was acting in the course and scope of his employment with the **UNITED STATES**.

12. At the aforementioned time and place, including at the time of the above-described motor vehicle crash, the motor vehicle driven by **ERNESTO ROJAS** was owned by the **U.S. GOVERNMENT**.

13. At all times relevant hereto, including at the time of the February 28, 2020 motor vehicle crash, and at the location referenced above, **ERNESTO ROJAS**, operated the above-referenced motor vehicle with the implied or express consent of the owner of the subject motor vehicle Defendant, the **UNITED STATES**.

14. On or about February 28, 2020, **ERNESTO ROJAS**, negligently operated and/or negligently maintained the subject motor vehicle so that the front of the Defendant's vehicle struck the rear of the Plaintiff's vehicle, which resulted in a collision between the vehicle operated by **ERNESTO ROJAS** and the vehicle operated by Plaintiff, **ANTONIA BROWN**.

15. **ERNESTO ROJAS'S** negligence at the time of the subject motor vehicle crash includes, but is not limited to, the following: Failure to keep a proper lookout for traffic ahead; failure to yield to traffic ahead; failure to slow or stop for traffic ahead; and careless driving each of which together and collectively constitute negligence, and which resulted in the aforementioned motor vehicle crash between the vehicles operated by Plaintiff, **ANTONIA BROWN**, and **ERNESTO ROJAS**.

16. Pursuant to the FTCA, the **UNITED STATES** is liable for the negligent acts of its employees while in the course and scope of employment.

17. Pursuant to the FTCA, the **UNITED STATES** is vicariously responsible for the negligence of **ERNESTO ROJAS** while operating the subject vehicle at the time of the aforementioned motor vehicle crash while in the course and scope of his duties with the **UNITED STATES**.

18. Pursuant to the FTCA, the **UNITED STATES** is vicariously responsible for the negligence of **ERNESTO ROJAS** while operating the vehicle owned by the **UNITED STATES** including the negligence committed by **ERNESTO ROJAS** at the time of the aforementioned motor vehicle crash.

19. As a direct and proximate result of the foregoing negligence, Plaintiff, **ANTONIA BROWN**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, **ANTONIA BROWN**, demands judgment against Defendant, the **UNITED STATES**, in excess of Seventy-five Thousand Dollars ($75,000.00) for her damages as set forth above.

DATED this 16th day of June, 2022.

/s/ Steven E. Earle

Steven E. Earle, Esq.
FBN: 300550
Morgan & Morgan Jacksonville, PLLC
2601 North Ponce de Leon Blvd
St. Augustine, FL 32084
Telephone:   (904) 417-4170
Primary Email: SEarle@ForThePeople.com
Secondary: CMcCutcheon@ForThePeople.com
*Attorneys for Plaintiff*